THOMPSON,
Presiding Judge, concurring specially.
In the amended complaint in this action, Hajo Drees, the plaintiff, alleged, among other things, that attorney Sara Turner had improperly made untrue statements outside judicial proceedings to the effect that Drees had been convicted of domestic violence against his former wife and against one of his children. Although such a claim may be actionable because, as Drees says, an attorney is not immune from liability for certain statements made outside judicial proceedings, and thus the claim should not have been dismissed on the pleadings, Drees did not argue on appeal that the trial court had erred in dismissing that claim. Accordingly, this court has no alternative but to affirm the trial court’s dismissal of the complaint in its entirety.